**Order entered November 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01385-CV

### ANTHONY LEEARTIS HALL, Appellant

### V.

### OBINNA CHINEMEREM NJOKU, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-02988-B**

## ORDER

Before the Court is appellant's November 14, 2013 second motion for an extension of time to file a brief. Appellant requests a three-day extension to November 17, 2013. As of the date of this order, appellant has not filed his brief. Accordingly, we **DENY** appellant's motion as moot.

On the Court's own motion, we **ORDER** appellant to file a brief on or before **DECEMBER 2, 2013**. We caution appellant that failure to file a brief on or before December 2, 2013 may result in dismissal of the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    ELIZABETH LANG-MIERS
         JUSTICE